DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
estallard@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:      916.444.2100

Attorneys for Defendant
LEATHERBY'S FAMILY CREAMERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Brian Whitaker,<br><br>   Plaintiff,<br><br>   v.<br><br>Leatherby's Family Creamery, a California Corporation,<br><br>   Defendants. | Case No. 2:22-cv-00185-JAM-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT [SECOND REQUEST]**<br><br>**[LOCAL RULE 144]** |

TO THE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of California, Defendant LEATHERBY'S FAMILY CREAMERY ("Defendant"), by and through its counsel, Elizabeth B. Stallard of Downey Brand, LLP, and Plaintiff BRIAN WHITAKER ("Plaintiff"), by and through his counsel, Amanda Seabock of Center for Disability Access, stipulate and agree as follows:

The current deadline for Defendant to respond to the Complaint filed by Plaintiff is March 31, 2022.  The parties agree to further extend the date by 14 days, to April 14, 2022. This is the second extension obtained for Defendant's response to the Complaint filed by Plaintiff.

/ / /

/ / /

Good cause exists for the extension because the parties are continuing to engage in good faith settlement discussions. This additional extension will allow the parties to focus on potential resolution of this matter, instead of on litigation.

SO STIPULATED.

DATED: March 31, 2022     CENTER FOR DISABILITY ACCESS

By: /s/ *Amanda Seabock* (as authorized on 03/31/2022)
AMANDA SEABOCK
PRATHIMA PRICE
DENNIS PRICE
Attorneys for Plaintiff
BRIAN WHITAKER

DATED: March 31, 2022     DOWNEY BRAND LLP

By: /s/ *Elizabeth B. Stallard*
ELIZABETH B. STALLARD
Attorneys for Defendant
LEATHERBY'S FAMILY CREAMERY

## **ORDER**

After full consideration of the matter, and given the Stipulation of the parties, this Court finds as follows:

The deadline for Defendant Leatherby's Family Creamery to respond to Plaintiff's Complaint is extended up to and including April 14, 2022.

DATED: March 31, 2022     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE